UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIMOTHY SERVIS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:15-cv-00891-CB-RCM |
| **RECEIVABLES PERFORMANCE MANAGEMENT, LLC** | ) |
| Defendant. | ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */sChristina Orr Magulick* | */s/ Craig Thor Kimmel* |
| Christina Orr Magulick | Craig Thor Kimmel |
| Gordon & Rees, LLP | Kimmel & Silverman, P.C. |
| 707 Grant Street, Suite 3800 | 30 East Butler Pike |
| Pittsburgh PA 15219 | Ambler, PA 19002 |
| Phone: (412) 316-2935 | Phone: 215-540-8888 |
| Fax: (412) 347-5461 | Fax: 800-863-1689 |
| Email: cmagulick@gordonrees.com | Email: teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: December 23, 2015 | Date: December 23, 2015 |

BY THE COURT:

_____
J.

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 23rd day of December, 2015:

**Christina Orr Magulick, Esq.**
**Gordon & Rees, LLP**
**707 Grant Street, Suite 3800**
**Pittsburgh PA 15219**
**(412) 316-2935**
**Email: cmagulick@gordonrees.com**

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 800-863-1689
Email: teamkimmel@creditlaw.com
Attorney for the Plaintiff